IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRY COCHRELL,<br><br>  Plaintiff,<br><br>  v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>  Defendant.<br>                                                                    / | No. C 11-03395 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 24, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 2, 2012.

DESIGNATION OF EXPERTS: 11/12/12; REBUTTAL: 11/26/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 21, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 25, 2013;

    Opp. Due February 8, 2013;  Reply Due February 15, 2013;

    and set for hearing no later than March 1, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 9, 2013 at 3:30 PM.

JURY TRIAL DATE: April 22, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/22/12

SUSAN ILLSTON
United States District Judge