PAUL L. REIN, ESQ.
CELIA MCGUINNESS, ESQ.
CATHERINE M. CABALO, ESQ.
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
T: 510/832-5001
F: 510/832-4787

BRIAN GEARINGER, ESQ.
GEARINGER LAW GROUP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7837
T: 415/440-3102
F: 415/440-3103

Attorneys for Plaintiff TERRY COCHRELL

MARK J. ZEMBSCH
CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
T: 510-981-6998
F: 510-981-6960

Attorney for CITY OF BERKELEY

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendant BERKELEY UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COCHRELL,<br><br>             Plaintiff,<br><br>       vs.<br><br>BERKELEY UNIFIED SCHOOL<br>DISTRICT; CITY OF BERKELEY; DOES 1<br>through 10, inclusive,<br><br>             Defendants. | CASE NO.:   C11-03395 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE FURTHER<br>CASE MANAGEMENT CONFERENCE** |

Plaintiff TERRY COCHRELL and Defendants BERKELEY UNIFIED SCHOOL DISTRICT and CITY OF BERKELEY, hereby jointly stipulate and request through their attorneys of record that the Further Case Management Conference currently scheduled for August 24, 2012, be continued to September 28, 2012, to allow further settlement discussions among the parties.  This request is based on the following good cause:

1.  The Court Ordered on June 22, 2012 that the parties return to mediation with Mediator Howard Herman.

2.  The parties have been working cooperatively in settlement discussions and have set a mediation date of August 24, 2012, from 10 a.m. – 6:00 p.m.  This was the only date which accommodated all parties' schedules.  It is the same date as the currently scheduled Further Case Management Conference.

3.  The parties will exchange mediation statements no later than August 17, 2012, the same date the Case Management Conference statement is due.

4.  Mediation on August 24, 2012, may change the posture of the case, or may not conclude before the time set for the Further Case Management Conference.  Either way, the case may change dramatically between filing of the Joint Case Management Statement and the Conference.

5.  The parties would like to proceed with the mediation process on August 24, 2012, without external time constraints.

Therefore the parties stipulate and request that the Court set the Further Case Management Conference on September 28, 2012.

IT IS SO STIPULATED.

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC

DATED:  August 9, 2012                    LAW OFFICES OF PAUL L. REIN

                                          _____/s/Celia McGuinness_____
                                          Celia McGuinness
                                          Attorney for Plaintiff TERRY COCHRELL

DATED:  August 13, 2012                   GEARINGER LAW GROUP LLP

                                          _____/s/Brian Gearinger_____
                                          Brian Gearinger
                                          Attorney for Plaintiff TERRY COCHRELL

DATED:  August 9, 2012                    CITY OF BERKELEY ATTORNEY'S OFFICE

                                          _____/s/Mark Zembsch_____
                                          Mark Zembsch
                                          Attorneys for Defendant
                                          CITY OF BERKELEY

DATED:  August 9, 2012                    EDRINGTON, SCHIRMER & MURPHY LLP

                                          _____/s/James Marzan_____
                                          James M. Marzan
                                          Attorneys for Defendant
                                          BERKELEY UNIFIED SCHOOL DISTRICT

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

   Pursuant to the stipulation, and for good cause show, IT IS SO ORDERED.  The Court hereby grants the parties' request for a continuance of the Further Case Management Conference from August 24, 2012, to September 28, 2012.

DATED: _____08/14_____, 2012



Judge Susan Illston

---

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CMC